THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROGER McCLARY, Appellant. [892 NYS2d 786]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463

US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Rivera, Skelos and Fisher, JJ., concur.